# EXHIBIT 12

**Murthy Patent Law Inc.**
3948 Washington Blvd.
Suite 324
Fremont, CA 94538
Tel 425-968-5342
K@MurthyPatentLaw.com
MurthyPatentLaw.com

# Infringement report re US 6931785

Claim 1:

1. A fishing lure apparatus, comprising:

a simulated turtle body which includes a simulated turtle bottom portion and a simulated turtle shell portion supported by said simulated turtle bottom portion,

simulated turtle legs connected to said simulated turtle body,

a simulated turtle tail connected to said simulated turtle body,

a simulated turtle head connected to said simulated turtle body, and

one or more fish hooks connected to at least one of said simulated turtle body, said simulated turtle legs, and said simulated turtle tail,

wherein said simulated turtle tail includes:

a tail hook of said one or more fish hooks, and

a simulated turtle tail covering attached to said tail hook.

# Product Details

| PRODUCT 1 | |
|---|---|
| **Company** | Lunkerhunt |
| **Product** | Prop turtle used as fishing lure |
| **Launch Date** | Unknown, to be determined in discovery |
| **Product Description** | The Lunkerhunt Prop Turtle is great for covering water and hauling in fish. It casts far and blasts out a bubble trail that calls fish in from a distance. The Prop Turtle excels in open water and crashes through light cover like a plough. The unique shape and prop feet displace water and create a wake that fish can't resist. When fish hit, a full set of weedless hooks is ready to greet them. The hook system on the Lunkerhunt Prop Turtle has been designed to deflect from cover, but hang on to fish. https://lunkerhunt.com/products/prop-turtle |

# Detailed claim chart

**PRODUCT 1 (Lunkerhunt prop turtle )**

| Claim 1 | |
|---|---|
| A fishing lure apparatus, comprising: | https://lunkerhunt.com/products/prop-turtle<br>**DOUBLE LOUD PROPS**<br>The Lunkerhunt Prop Turtle is great for covering water and hauling in fish. It casts far and blasts out a bubble trail that calls fish in from a distance. The Prop Turtle excels in open water and crashes through light cover like a plough. The unique shape and prop feet displace water and create a wake that fish can't resist. When fish hit, a full set of weedless hooks is ready to greet them. The hook system on the Lunkerhunt Prop Turtle has been designed to deflect from cover, but hang on to fish.<br>"The Lunkerhunt Prop Turtle is great for covering water and hauling in fish." |
| a simulated turtle body which includes a simulated turtle bottom portion and a simulated turtle shell portion supported by said simulated turtle bottom portion, | https://lunkerhunt.com/products/prop-turtle<br><br>This image displays a simulated turtle body which includes a simulated turtle bottom portion and a simulated turtle shell portion supported by said simulated turtle bottom portion. |
| simulated turtle legs connected to said simulated turtle body, | https://lunkerhunt.com/products/prop-turtle |

| | |
|---|---|
| |  This image displays simulated turtle legs connected to said simulated turtle body. |
| a simulated turtle tail connected to said simulated turtle body, | https://lunkerhunt.com/products/prop-turtle  The hook is a simulated turtle tail connected to said simulated turtle body. |

| | |
|---|---|
| a simulated turtle head connected to said simulated turtle body, and | https://lunkerhunt.com/products/prop-turtle  This image displays a simulated turtle head connected to said simulated turtle body. |
| one or more fish hooks connected to at least one of said simulated turtle body, said simulated turtle legs, and said simulated turtle tail, | https://lunkerhunt.com/products/prop-turtle  This image displays a fish hook connected to the simulated |

| | |
|---|---|
| | turtle body. |
| wherein said simulated turtle tail includes:<br><br>a tail hook of said one or more fish hooks, and<br><br>a simulated turtle tail covering attached to said tail hook. | https://lunkerhunt.com/products/prop-turtle<br><br><br><br>This image displays a simulated turtle tail that include a tail hook of one fish hook and a simulated turtle tail covering attached to the tail hook. The covering is the area circled in red, which is a simulated turtle tail covering and is attached to the tail hook. |

List of infringing products (more be added over time and in discovery):

Lunkerhunt prop turtle